1  RONALD SAILON, ESQ.
   Nevada Bar #1451
2  CITY OF HENDERSON
   240 Water Street, MSC 144
3  Henderson, Nevada 89015
   ronald.sailon@cityofhenderson.com
4  (702) 267-1200
   (702) 267-1201 - fax
5  Attorney for Defendants
   CITY OF HENDERSON, LANCE GIBSON, OFFICER RAMSEYER,
6  MATTHEW THOMASON, GARLAND KISER, JR., MIKE DYE,
   EDWARD TYNDALL, LISA MATTINGLY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALLEN PEREZ, JR.,              )<br>                                        )<br>          Plaintiff,                   )<br>                                        )<br> vs.                                    )<br>                                        )<br> CITY OF HENDERSON;                     )<br> HENDERSON POLICE DEPARTMENT;           )<br> LANCE GIBSON (HP 0323) in his          )<br> individual and official capacity; OFFICER )<br> RAMSEYER (HP 1209), in his individual  )<br> and official capacity; MATTHEW S.      )<br> THOMASON (HP 1274) in his individual   )<br> and official capacity; GARLAND R.      )<br> KISER, JR (HP 1394) in his individual and )<br> official capacity; MIKE P. DYE         )<br> (HP 0923), in his individual and official )<br> capacity; EDWARD A. TYNDALL            )<br> (HP 0883) in his individual and official )<br> capacity; LISA A. MATTINGLY,           )<br> (HP 1089) in her individual and official )<br> capacity; DOES OFFICERS I through X;   )<br> and DOES XI through XX, inclusive,     )<br>                                        )<br>          Defendants.                   )<br>_____) | CASE NO.   2:09-cv-00453-JCM-LRL |

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff RICHARD ALLEN PEREZ, JR., by and through his attorneys of record, Peter Christiansen, Esq. and Richard Tanasi, Esq., and Defendants CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, LANCE GIBSON, OFFICER

Page 1 of 2

RAMSEYER, MATTHEW THOMASON, GARLAND KISER, JR., MIKE DYE, EDWARD TYNDALL, LISA MATTINGLY, by and through their attorney of record, Ron Sailon, Assistant City Attorney, and hereby stipulate and agree to dismiss all claims brought by Plaintiff RICHARD ALLEN PEREZ, JR. against the Defendants CITY OF HENDERSON, HENDERSON POLICE DEPARTMENT, LANCE GIBSON, OFFICER RAMSEYER, MATTHEW THOMASON, GARLAND KISER, JR., MIKE DYE, EDWARD TYNDALL, LISA MATTINGLY, all DOE OFFICERS I through X, and DOES XI through XX, inclusive, with prejudice.

IT IS ALSO STIPULATED that each party is to bear their respective costs and fees.

Dated this 29th day of July, 2010.

CITY OF HENDERSON
Elizabeth Macias Quillin, City Attorney

_____
Ron Sailon
Assistant City Attorney
Nevada Bar No. 1451
240 Water Street
PO Box 95050, MSC 144
Henderson, Nevada 89009-5050
Attorney for Defendants

Dated this 15 day of July, 2010.

CHRISTIANSEN LAW OFFICES

_____
Peter Christiansen, Esq.
Nevada Bar No. 5254
Richard Tanasi, Esq.
Nevada Bar No. 9699
9910 West Cheyenne Avenue, #110
Las Vegas, Nevada 89129
Attorneys for Plaintiff

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
CITY OF HENDERSON
Elizabeth Macias Quillin, City Attorney

_____
Ron Sailon
Assistant City Attorney
Nevada Bar No. 1451
240 Water Street, MSC 144
Henderson, Nevada 89015
Attorney for Defendants